| | | |
|---|---|---|
| 29152 | J.M., In re | Affirmed |
| 29126 | Kaunamano v. State | Vacated and Remanded |
| 29149 | State v. Wheeler | Vacated and Remanded |

### March 12, 2009

| | | |
|---|---|---|
| 27707 | County of Hawai'i v. Ala Loop Homeowners | Reversed |
| 28560 | KNG Corp. v. Kim | Affirmed |
| 28922 | State v. Burull | Affirmed |
| 28258 | State v. Hare | Affirmed |
| 28349 | State v. Kun Ok Cho | Affirmed |

### March 13, 2009

| | | |
|---|---|---|
| 28278 | Koga Engineering & Const., Inc. v. State | Remanded |
| 27863 | Peroff v. United Rim Transport, Inc. | Affirmed |
| 29017 | State v. Lee | Remanded and Affirmed |
| 29046 | State v. Riccitiello | Affirmed |